AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| DARIUSZ PRZYWIECZERSKI | ) |
| _____ | ) |
| *Petitioner* | ) |
| v. | ) Case No. 8:18CV 468T23JSS |
| BOB GUALTIERI, Pinellas County Sheriff | ) (Supplied by Clerk of Court) |
| _____ | ) |
| *Respondent* | ) |
| *(name of warden or authorized person having custody of petitioner)* | |

FILED 2018 FEB 26 AM 11:07 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Dariusz Tytus Przywieczerski
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Pinellas County Jail
   (b) Address: 14400 49th Street North
       Clearwater, Florida 33762-2877
   (c) Your identification number: 1738014

3. Are you currently being held on orders by:
   ☑ Federal authorities  ☐ State authorities  ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: Being held at Pinellas County Jail pending extradition to Poland

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other *(explain)*: My continued detention & order by Judge Wilson certifying the request for my extradition.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: United States Federal Court, Middle District of Florida. Tampa, Florida
   (b) Docket number, case number, or opinion number: 8:17-mj-1811-TGW
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Certificate of Extraditability & Order of Commitment

   (d) Date of the decision or action: 02/13/2018

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes     ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: ___
       (2) Date of filing: ___
       (3) Docket number, case number, or opinion number: ___
       (4) Result: ___
       (5) Date of result: ___
       (6) Issues raised: ___

   (b) If you answered "No," explain why you did not appeal: ___

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes     ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☑ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: <u>I was told a habeas petition was my immediate next step in contesting my detention and extradition.</u>

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☑ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

  (d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes      ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes      ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Application under Article 34 and Rules 45 and 47
(b) Name of the authority, agency, or court: European Court of Human Rights

(c) Date of filing: 11/22/2010
(d) Docket number, case number, or opinion number: 38433/07
(e) Result: still pending
(f) Date of result:
(g) Issues raised: violation of right to fair trial according to article 6 of European convention on human rights violations of due process and statute of limitations.

Page 6 of 9

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The magistrate incorrectly concluded that the evidence before the court was sufficient to sustain extradition under the provisions of the applicable treaty.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The magistrate did not consider the materials submitted as an exhibit and attachments in the response submitted by my counsel. There was not sufficient probable cause to support the court's ruling based on the attachments submitted to the court. I did not receive a fair trial in Poland and the prosecution should have been barred by statute of limitations. The Polish judge was not impartial and advocated for a special law to enlarge the statute of limitations solely for my prosecution. My Polish convictions must be considered null and void.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** The magistrate incorrectly concluded that there was no evidence before him from which an exception from extradition can be based.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
My counsel cited to evidence and argument to support a ruling holding that I should not be subject to extradition. The exhibit and attachments to my response support the conclusion that this case is an exception such that extradition is not warranted.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND THREE:** The Magistrate incorrectly concluded that there were no special circumstances warranting my release from jail pending these extradition matters.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have serious medical conditions warranting release from jail: insulin dependence from diabetes, multiple prior heart attacks, prior stroke, special pacemaker, significant hearing loss, etc.
I am not a flight risk or danger to community. I lived open and obvious and owned my own home here locally.
My prior lawyer sent a letter to department of justice asking to turn me in if extradition was requested.
I have no prior criminal record other than unlawful Polish conviction.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The totality of circumstances in my case (unlawful conviction, error by magistrate in ignoring my submissions, erroneous order granting extradition, likelihood of success on appeal before ECHR, unlawful continuing detention in jail, serious medical conditions, elderly age and infirmities, and the resulting violation of my human rights) warrant habeas relief.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I rely on the submissions by my counsel into the court record in this matter and the facts contained therein.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: I want to be released from the Pinellas County jail and allowed to live at my home in Hillsborough County, Florida. I want the court to invalidate and overrule the certificate of extraditability and order of commitment by Magistrate Wilson in 8:17-MJ-1811-TGW. I also want that case to be unsealed and available for public view. I would like all prior relief requested by my counsel.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 2/21/18

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2/21/18

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any