D Przymieczorski — 1738014
Pinellas County Jail
North Division
3H1
14005 49th St N
Clearwater, FL 33762

Tampa FL 336
FRI 23 FEB 2018 PM

SCREENED
By USMS

$0.46 US POSTAGE FIRST-CLASS
$1.38 US POSTAGE FIRST-CLASS

United States Courthouse
Attn: Clerk of Court
801 N. Florida Ave
Tampa, FL 33602