Przywieczerski
173204
Pasco County Jail
East Division
3 H-101
49th St N
Dade City, FL 33762

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7017 1070 0000 0967 5501

United State District Court
Middle District Florida
Office Of The Clerk Sheet of Po
801 North Florida Ave,
United State Courthouse
Tampa, Florida 33602



U.S. POSTAGE
PAID
CLEARWATER, F
33782
MAR 27 18
AMOUNT
$7.41
R2304M116201-0