1052 Przywieczerski #1738014
Pinellas County Jail MB-8H1
14000-49TH St N
Clearwater, FL 33764

Clerk of Court
U.S. Federal Courthouse
801 N. Florida Ave
Tampa, FL 33602

SCREENED
By USMS



$3.10⁰
US POSTAGE
FIRST-CLASS
062S0009839406
33609

B33122 02