

EXHIBIT 1

Warszawa, 17th May 2018

**Department of International Cooperation and Human Rights**

DWMPC-II-8041-50/17
(please quote when replying)

Mr. Vaughn A. Ary
Director
Office of International Affairs
U.S. Department of Justice
1301 New York Avenue NW
Washington, DC 20530

**Extradition Treaty between the Republic of Poland and the United States of America signed in Washington on July 10, 1996.**
**Extradition of Polish citizen Dariusz Tytus PRZYWIECZERSKI from the USA to Poland**

**Your reference 95-100–16834**

Dear Mr. Ary,

In response to your letter of May 10, 2018 regarding the request of the District Court in Warsaw for extradition from the United States to Poland of Polish citizen Dariusz Tytus Przywieczerski the Ministry of Justice of the Republic of Poland sends herewith the formal letter containing position of the requesting Polish court on validity of the extradition request in the light of the judgement of the European Court of Human Rights of April 12, 2018 in the case of Chim and Przywieczerski v. Poland (Applications nos. 36661/07 and 38433/07) and the impact of that judgement on Przywieczerski's convictions in Poland.

In accordance with the Polish law, the sole authority entitled to take a binding position on the validity of the extradition request is the judicial authority who has made a request for the extradition of the fugitive.

Sincerely yours,

ZASTĘPCA DYREKTORA
Departamentu Współpracy Międzynarodowej
i Praw Człowieka

*Kamila Jończyk-Piskorska*

Ministry of Justice of the Republic of Poland, 11 Ujazdowskie Av., 00-950 Warsaw, Poland, tel. +48 22 52 12 88, www.ms.gov.pl



Warszawa, dnia 15 maja 2018 roku

**Prezes**
**Sądu Okręgowego w Warszawie**

Dotyczy sprawy:
ZAA:WHG:TN:vd
DOJ: 95 – 100 - 16834

**Departament Sprawiedliwości**
**Stanów Zjednoczonych**
**Ameryki Północnej**

W odpowiedzi na pismo z dnia 10 maja 2018 roku, dotyczące wniosku o ekstradycję z USA skazanego Dariusza Tytusa Przywieczerskiego uprzejmie informuje, że przedmiotowy wniosek jest aktualny w całości.

Wyrok Trybunału Sprawiedliwości w Strasburgu z dnia 12 kwietnia 2018 roku, dotyczący skargi Janiny Ireny Chim i Dariusza Tytusa Przywieczerskiego przeciwko Polsce - sygn. 36661/07 i 38433/07, nie ma wpływu na wykonanie wobec skazanego Dariusza Tytusa Przywieczerskiego kary pozbawienia wolności orzeczonej wyrokiem Sądu Okręgowego w Warszawie z dnia 16 marca 2010 roku, sygn. VIII K 75/10, utrzymanym w mocy wyrokiem Sądu Apelacyjnego w Warszawie z dnia 29 września 2010 roku, sygn. II AKa 219/10.

Trybunał co prawda stwierdził, iż doszło do naruszenia art. 6 ust. 1 Konwencji o ochronie praw człowieka i podstawowych wartości z uwagi na sposób powołania sędziego orzekającego, ale jednocześnie uznał jednogłośnie, iż nie doszło do naruszenia tego przepisu co do braku bezstronności sędziego. Uznał także, iż nie naruszono Konwencji w zakresie prawa do obrony Dariusza Tytusa Przywieczerskiego w związku ze zmianami prawnymi dokonanymi w 2005 roku, dotyczącymi okresów przedawnienia, które zostały wprowadzone w toku procesu. W rezultacie Trybunał przyznał jedynie kwotę 5.000 euro z tytułu kosztów i wydatków związanych z postepowaniem i odrzucił roszczenia skarżących o przyznanie zadośćuczynienia za poniesione szkody.

Joanna Bitner

**CERTIFIED TRANSLATION FROM POLISH**

*[all translator's remarks in italics and square brackets] -/-*

Warsaw, dated May 15, 2018

*[logo:]* DISTRICT COURT OF WARSAW

President -/-
of the District Court of Warsaw *[Sąd Okręgowy w Warszawie]* -/-

Re:  ZAA:WHG:TN:vd -/-
     DOJ: 95-100-16834 -/-

**US Department of Justice**

In response to your letter of May 10, 2018 concerning the request for extradition from the USA of the convict Dariusz Tytus Przywieczerski, please be informed that the request concerned remains valid in full extent. -/-

The judgment of the European Court of Human Rights in Strasburg of April 12, 2018, involving applications by Janina Irena Chim and Dariusz Tytus Przywieczerski vs. Poland – ref. nos. 36661/07 and 38433/07, does not affect enforcement of the custodial sentence of the convict Dariusz Tytus Przywieczerski, imposed in the judgment of the District Court of Warsaw of March 16, 2010, court file no. VIII K 75/10, upheld by the judgment of the Warsaw Court of Appeal *[Sąd Apelacyjny w Warszawie]* of September 29, 2010, court file no. II AKa 219/10. -/-

The Court of Human Rights, has held indeed that there had been a violation of article 6(1) of the Convention on the Protection of Human Rights and Fundamental Freedoms, because of the way of appointment of the adjudicating judge, but at the same time it has held unanimously that there had been no violation of the provision in terms of bias of the judge. It has held also that there had been no violation of the Convention in terms of Dariusz Tytus Przywieczerski's right to defense in relation to the amendments to the law made in 2005, concerning time-limits for prosecution, which had been made during the trial. As a consequence, the Tribunal has only awarded an amount of EUR 5,000 in respect of costs and expenses before the Court, and has rejected the applicants' claims for the award of damages.

*[signature]* Joanna Bitner

*[footer:]* al. "Solidarności" 127, 00-898 Warsaw, tel..: 22-440-30-46, fax: 22 440-31-15
bip.warszawa.so.gov.pl

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

For conformity of the above translation with the Polish original. Sworn Translator & Interpreter of English: Aleksandra Garbarczyk

Warsaw, dated May 16, 2018

Repertory number 391/2018